# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:15-CR-097 |
| | § | |
| RICHARD LANCE BECK | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before the Court as well as his right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore, **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons for a term of imprisonment of twenty-one (21) months, with no term of supervised release to follow. The term of imprisonment in this case shall run concurrently to the term of imprisonment in Cause Number 4:02CR068 and shall run consecutively to the term of imprisonment in Cause Number CR19071 State of Texas v. Richard Lance Beck in the 271st Judicial District Court of Wise County, Texas.

The Court recommends that Defendant be housed in the Bureau of Prisons El Reno Oklahoma facility, if appropriate.

**IT IS SO ORDERED.**

**Signed this date.**

**Aug 26, 2016**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE